■ In the Matter of SARA LANDMAN, Appellant, v ISRAEL STEINMETZ, Respondent. [699 NYS2d 895] —In a custody proceed-

ing pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Kings County (Palmer, J.), dated October 18, 1995, which, in effect, denied her petition for custody.

Ordered that the appeal is dismissed as academic, without costs or disbursements, in light of a subsequent order of the Family Court, Kings County, dated April 23, 1998. Thompson, J. P., Joy, McGinity and Feuerstein, JJ., concur.